UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN HUSTON-MONAHAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FORMAN MILLS, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-02270-NIQA |

## STIPULATION OF DISMISSAL

Plaintiff Colleen Huston-Monahan ("Plaintiff") and Defendant Forman Mills, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 6, 2020

/s/ R. Bruce Carlson
R. Bruce Carlson
bcarlson@carlsonlynch.com
Kelly K. Iverson
kiverson@carlsonlynch.com
Elizabeth Pollock-Avery
eavery@carlsonlynch.com
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243

*Attorneys for Plaintiff*

Respectfully Submitted,

/s/ Angela Quiles Nevarez
Angela Quiles Nevarez
Adebola M. Aderinto
JACKSON LEWIS, P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
Angela.Nevarez@jacksonlewis.com
Adebola.Aderinto@jacksonlewis.com

Joseph J. Lynett
JACKSON LEWIS, P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Joseph.Lynett@jacksonlewis.com

*Attorneys for Defendant*

APPROVED
BY THE COURT: 2/6/2020

/s/ Nitza I. Quiñones Alejandro
_____
Nitza I. Quiñones-Alejandro